# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10178
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 24, 2019

Lyle W. Cayce
Clerk

LAUREN CRUMP,

      Plaintiff - Appellant

v.

COVENANT HEALTH SYSTEM, doing business as Covenant Medical Center,

      Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:18-CV-121

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

    Lauren Crump appeals the district court's dismissal of her complaint under Title VII of the Civil Rights Act of 1964. Crump acknowledges that her sole claim is contrary to our circuit precedent. *See O'Daniel v. Industrial Service Solutions*, 922 F.3d 299, 305 (5th Cir. 2019); *Blum v. Gulf Oil Corp.*, 597 F.2d 936, 938 (5th Cir. 1979). "It is a well-settled Fifth Circuit rule of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

orderliness that one panel of our court may not overturn another panel's decision, absent an intervening change in the law, such as by a statutory amendment, or the Supreme Court, or our *en banc* court." *Jacobs v. Nat'l Drug Intelligence Ctr.*, 548 F.3d 375, 378 (5th Cir. 2008). We are bound by our prior precedent in this case. AFFIRMED.